IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:09-cv-00363-BO

| | |
|---|---|
| HURRICANES HOCKEY LIMITED PARTNERSHIP,<br>                        Plaintiff,<br>vs.<br>TYRONE BANKS p/k/a TYE BANKS, and TYTANIUM MUSIC, LLC,<br>                       Defendants. | **ORDER** |

This matter is before the Court on Plaintiff Hurricanes Hockey Limited Partnership's Motion to File Documents Under Seal [Dkt. 34] and the supporting memorandum of law [Dkt. 35]. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that Exhibit J to Plaintiff's Motion for Summary Judgment [Dkt. 32] shall be sealed and remain under seal in accordance with Local Civil Rule 79.2(b), EDNC.

IT IS SO ORDERED this the 6 day of July, 2010.

*[signature]*